PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. TAVERAS, Jose                    Docket No. **2:06-cr-00962-HAA-1**

### Petition for Action on Conditions of Pretrial Release

    COMES NOW **Adriana Garcia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **TAVERAS, Jose**, who was placed under pretrial release supervision by the **Honorable Mark Falk, United States Magistrate Judge,** sitting in the Court at Newark, New Jersey, on January 31, 2006, under the following conditions:

A $150,000 Unsecured Appearance Bond cosigned by one financially responsible person of legal permanent status as approved by Pretrial Services within two weeks of release. The defendant's friend, Julio Ceasar Atoche, was found to be a suitable cosigner and took on said responsibility on February 14, 2006.

1) Pretrial Services supervision
2) Surrender passport and any travel documents to Pretrial Services and do not apply for new ones.
3) Travel restricted to New Jersey
4) Seek and maintain gainful employment

    Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a modification to the conditions of release to include a mental health evaluation and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this **1st** day of **FEBRUARY**, **2007** and ordered filed and made a part of the records in the above case.

_____
Harold A. Ackerman
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2007**

_____
Adriana Garcia
U.S. Pretrial Services Officer